UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHRISTOPHER S.,**

  Plaintiff,

v.                      **No. 4:25-cv-120-P-BV**

**FRANK BISIGNANO, COMMISSIONER
OF SOCIAL SECURITY**

  Defendant.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

  The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 27. Defendant filed Objections on February 13, 2026, and the Magistrate Judge's Recommendation is ripe for review. The undersigned District Judge *de novo* reviewed the proposed Findings, Conclusions, and Recommendation and the Objections. Accordingly, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Defendant's objections are **OVERRULED**. The Court therefore **AFFIRMS** the Commissioner of Social Security's decision**.** This is a **FINAL JUDGMENT** for purposes of appeal.

  **SO ORDERED** on this **16th day of March 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE